# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tony Shumenko Gamble,<br><br>Petitioner,<br><br>v.<br><br>Ryan Thornell, et al.,<br><br>Respondents. | No. CV-23-02352-PHX-DWL<br><br>**ORDER** |

Pending before the Court are Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 1) and the Report and Recommendation ("R&R") of the United States Magistrate Judge (Doc. 31). The R&R, which was issued on April 30, 2025, recommends that the petition be denied and dismissed with prejudice and further provides that "[t]he parties shall have 14 days from the date of service of a copy of this [R&R] within which to file specific written objections with the Court." (Doc. 32 at 12.)

Here, no such objections have been filed and the 14-day deadline has expired. Thus, the Court adopts the R&R. *See, e.g., Thomas v. Arn*, 474 U.S. 140, 149-50 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."); *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) ("[T]he district judge must review the magistrate judge's findings and recommendations

1  de novo *if objection is made*, but not otherwise.").

2      Accordingly,

3      **IT IS ORDERED** that the R&R's recommended disposition (Doc. 31) is **accepted**,
4  that the Petition (Doc. 1) is **denied and dismissed with prejudice**, and that the Clerk of
5  Court shall enter judgment accordingly.

6      **IT IS FURTHER ORDERED** that a certificate of appealability and leave to
7  proceed *in forma pauperis* on appeal are **denied** because Petitioner has not made a
8  substantial showing of the denial of a constitutional right.

9      Dated this 21st day of May, 2025.

Dominic W. Lanza
United States District Judge